UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIBANCO S.A., INSTITUCIÓN DE BANCA MULTIPLE,<br><br>   Plaintiff,<br><br>  v.<br><br>SCOTT BESSENT, Secretary of Treasury, et al.,<br><br>   Defendants. | Civil Action No. 25-2705 (TNM) |

**CONSENT MOTION FOR EXTENSION OF TIME NUNC PRO TUNC AND CONSENT MOTION FOR CONTINUANCE OF AUGUST 20, 2025, HEARING**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and ¶ 9 of the Standing Order (ECF No. 9), Defendants, the U.S. Department of the Treasury ("Treasury"), its Secretary Scott Bessent in his official capacity, the Financial Crimes Enforcement Network ("FinCEN"), and FinCEN Director Andrea Gacki in her official capacity, respectfully request that the Court grant a three-week extension of time for Defendants' response to Plaintiff's motion for a temporary restraining order, nunc pro tunc, from August 19, 2025, to September 5, 2025, and to continue the hearing currently scheduled for August 20, 2025, at 4:30 p.m.  Pursuant to Local Civil Rule 7(m), the parties conferred, and Plaintiff has consented to the requested extension.

  1. Plaintiff challenges its June 25, 2025, designation as being of primary money laundering concern in connection with illicit opioid trafficking.  Imposition of Special Measure Prohibiting Certain Transmittals of Funds Involving CIBanco S.A., Institución de Banca Multiple, 90 Fed. Reg. 27770 (June 30, 2025).

2. Plaintiff filed the Complaint (ECF No. 1) on Sunday, August 17, 2025, and also moved for a temporary restraining order. Pursuant to the Court's August 18, 2025, Minute Order, Defendants' opposition to Plaintiff's motion was due at 5:00 p.m. today.

3. The effective date for the designation order was initially July 21, 2025, *see* 90 Fed. Reg. at 27776; however, on July 9, 2025, FinCEN extended the effective date for another 45 days, to September 4, 2025. FinCEN, *Treasury Extends Effective Dates of Orders Issued Under New Authority to Counter Fentanyl*, July 9, 2025, https://www.fincen.gov/news/news-releases/treasury-extends-effective-dates-orders-issued-under-new-authority-counter.

4. Minutes before this Court's 5:00 p.m. deadline, FinCEN granted a second extension of the effective date of the order to October 20, 2025—i.e., a 45-day extension. FinCEN, *Treasury Extends Effective Dates of Orders Issued Under New Authority to Counter Fentanyl*, Aug. 19, 2025, https://www.fincen.gov/news/news-releases/treasury-extends-effective-dates-orders-issued-under-new-authority-counter-0.

5. Plaintiff's motion for a temporary restraining order is tied to the date the last of its U.S. correspondent banks is scheduled to close its account. *See* Pl.'s Mot. (ECF No. 3) ("CIBanco will suffer imminent irreparable injury if the Order's effective date is not stayed before August 21, 2025, at which time CIBanco's last remaining U.S. correspondent bank intends to terminate its relationship with CIBanco[.]"). The August 21 date, in turn, is exactly two weeks before the previous effective date.

6. In light of today's announced further extension of the order's effective date, issued after CIBanco filed its action with this Court, the parties have conferred and propose that the Court proceed on a preliminary injunction timeline instead of a temporary restraining order timeline. If the Court permits, the parties agree that Defendants' opposition should be due on September 5,

2025, and Plaintiff be afforded the opportunity to file a reply on or before September 12, 2025. The parties would thereafter be available at the Court's convenience for a preliminary injunction hearing, if warranted, the week of September 15–19.  Undersigned counsel respectfully informs the Court of collective conflicts from September 22–October 3 (counsel for Plaintiff's federal trial in the Eastern District of Virginia), September 25 (D.C. Circuit oral argument for undersigned counsel), and September 26 (prescheduled vacation for undersigned counsel).

7. This extension is requested in good faith and not for the purposes of delay.  As soon as the extension of the effective date was announced this afternoon (approximately 4:45 p.m.), Defendants conferred with Plaintiff's counsel about this motion.  Plaintiff asked follow-up questions, to which Defendant promptly responded.  Plaintiff's counsel needed to confer with Plaintiff, and the resulting conferral, when compounded by the closeness in time between the announcement of the extension of the effective date and the Court's deadline, resulted in this motion being filed after Defendants' deadline.  Defendants promptly filed this motion upon completion of the parties' conferral, which succeeded in obtaining the consent of the parties.  Due to the condensed timeline for Plaintiff's motion for a temporary restraining order and the fact that the extension of the effective date was only announced minutes before Defendants' deadline, Defendants were not able to file this motion earlier.

8. This is the first extension sought in this action.

9. The requested extension would not impact any other deadlines and will cause no prejudice to the parties.

10. The parties have conferred, and Plaintiff consents to this proposed extension.

11. Accordingly, Defendants respectfully request that their response to Plaintiff's motion be due September 5, 2025, that Plaintiff's reply be due September 12, 2025, and that the Court schedule a hearing, if appropriate, thereafter.

12. A proposed Order is attached.

Dated: August 19, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       /s/ Douglas C. Dreier
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*