UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE**,<br><br>    Plaintiff,<br><br> v.<br><br>**SCOTT BESSENT**, in his official capacity as Secretary of the Treasury;<br><br>**U.S. DEPARTMENT OF THE TREASURY; ANDREA M. GACKI**, in her official capacity as Director of the Financial Crimes Enforcement Network;<br><br>**FINANCIAL CRIMES ENFORCEMENT NETWORK**,<br><br>    Defendants. | Case No. 1:25-cv-02705-TNM |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CIBanco, S.A., Institución de Banca Múltiple ("CIBanco"), by and through undersigned counsel and at the direction of Plaintiff's Provisional Administrator (*Administrador Cautelar*) Alvarez & Marsal México, S.C., hereby gives notice that Plaintiff voluntarily dismisses this action in its entirety, without prejudice, as Defendants have not yet served an answer or a motion for summary judgment.

CIBanco files this notice of voluntary dismissal in light of the order issued by the U.S. Department of the Treasury's Financial Crimes Enforcement Network ("FinCEN") on August 19, 2025, amending FinCEN's June 25, 2025 order prohibiting certain transmittals of funds involving CIBanco, as previously amended by an order

dated July 11, 2025, and extending the effective date of FinCEN's prohibition to October 20, 2025.

Pursuant to Article 129 and Article 130 of the Banking Law of Mexico (*Ley de Instituciones de Crédito*), Plaintiff's Provisional Administrator, officially appointed by Mexico's Institute for the Protection of Bank Savings (*Instituto para la Protección al Ahorro Bancario*), has the powers of CIBanco's Board of Directors and General Director and full authority to manage and represent CIBanco, including for purposes of directing litigation. Exercising that authority, Plaintiff's Provisional Administrator has appointed and directed undersigned counsel to file this notice of voluntary dismissal on behalf of CIBanco.

| | |
|---|---|
| Dated:  August 21, 2025<br>         Washington, DC | Respectfully submitted,<br><br>**WHITE & CASE**<br><br> s/ *Nicolle Kownacki*<br>Nicolle Kownacki<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone:   +1 202 626 3600<br>Facsimile:    +1 202 639 9355<br>nkownacki@whitecase.com<br><br>*Counsel for CIBanco, S.A.* |

2